# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 11, 2024

Mr. Alan M. Hurst
Idaho Office of the Attorney General
700 W. Jefferson Street
P.O. Box 83720
Suite 210
Boise, ID 83720

Ms. Esther Sung
Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

    No. 24-40671   In re: Oscar Silva Perez
                       USDC No. 6:24-CV-306

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   *Christy Combel*
                                   By: _____
                                   Christy M. Combel, Deputy Clerk
                                   504-310-7651

cc:
    Ms. Paige Austin
    Mr. Philip Jordan Axt
    Mr. William Francis Cole
    Ms. Laura Flores-Perilla
    Mr. Thomas Elliot Gaiser

Mr. Brandon Galli-Graves
Mr. Garrett M. Greene
Mr. Sean Janda
Ms. Hillary Li
Mr. Aaron Lloyd Nielson
Mr. David O'Toole
Mr. Stephen John Petrany
Mr. Erez Reuveni
Mr. Harold A. Solis
Ms. Karen Cassandra Tumlin
Mr. Ryan Daniel Walters
Mr. Eric Harris Wessan