

A True Copy
Certified order issued Oct 23, 2024

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

_____

No. 24-40671
_____

In re Oscar Silva Perez; Natalie Taylor; Justin Doe; Salvador Doe; Cindy Siqueiros Maduena; Jessika Ocampo Hernandez; Ricardo Ocampo Hernandez; Genaro Vicencio Palomino; Foday Turay; Jaxhiel Turay; Carmen Miranda Zayas; Coalition for Humane Immigrant Rights,

*Petitioners.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Texas
USDC No. 6:24-CV-306

_____

UNPUBLISHED ORDER

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for a writ of mandamus is DENIED. The emergency motion for stay of the district court's administrative stay is DENIED AS MOOT.

Further, under 5th Cir. R. 46.3, attorneys are required to cite in their entry of appearance form "all pending related cases and any cases on the docket of the Supreme Court, or this or any other United States Court of Appeals, which involve a similar issue or issues." Petitioners are directed to

No. 24-40671

SHOW CAUSE in writing within 15 days why the court should not impose disciplinary action for failing to list the appeal in No. 24-40571 in their Notice of Form for Appearance.