# United States Court of Appeals for the Fifth Circuit

---

No. 24-40671

---

In re Oscar Silva Perez; Natalie Taylor; Justin Doe; Salvador Doe; Cindy Siqueiros Maduena; Jessika Ocampo Hernandez; Ricardo Ocampo Hernandez; Genaro Vicencio Palomino; Foday Turay; Jaxhiel Turay; Carmen Miranda Zayas; Coalition for Humane Immigrant Rights,

*Petitioners.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Texas
USDC No. 6:24-CV-306

---

UNPUBLISHED ORDER

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Petitioners' motion to proceed pseudonymously is DENIED AS MOOT.