No. 24-40671
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

IN RE OSCAR SILVA PEREZ, NATALIE TAYLOR, COALITION FOR HUMANE IMMIGRANT RIGHTS, JUSTIN DOE, SALVADOR DOE, CINDY MADUENA, JESSIKA OCAMPO HERNANDEZ, RICARDO OCAMPO HERNANDEZ, GENARO PALOMINO, FODAY TURAY, JAXHIEL TURAY, AND CARMEN ZAYAS

_____

Original Proceeding from the United States District Court
for the Eastern District of Texas, Tyler Division
Case No. 6:24-cv-00306

_____

## PETITIONERS' RESPONSE TO ORDER TO SHOW CAUSE
_____

*Esther H. Sung, Karen C. Tumlin, Hillary Li, Laura Flores-Perilla, Brandon Galli-Graves*
*Justice Action Center*
*P.O. Box 27280*
*Los Angeles, CA 90027*
*(323) 450-7272*

*Paige Austin, Harold A. Solis*
*Make the Road New York*
*301 Grove St.*
*Brooklyn, NY 11237*
*(718) 418-7690*

*Counsel for Petitioners*

Petitioners hereby respectfully respond to the Court's October 23, 2024 order directing them to show cause "why the court should not impose disciplinary action for failing to list the appeal in No. 24-40571 in their Notice of Form for Appearance," in light of the requirement in Fifth Circuit Rule 46.3 to "to cite all pending related cases and any cases on the docket of the Supreme Court, or this or any other United States Court of Appeals, which involve a similar issue or issues." Petitioners have four responses.

First, the failure to list No. 24-40571 in the Notice of Form for Appearance was an inadvertent oversight explained principally by the rapid pace of proceedings. Petitioners certainly had no intention of hiding that they had previously taken an appeal to this Court; to the contrary, Petitioners discussed that appeal (and provided its docket number) extensively in their Petition for Writ of Mandamus (Dkt. 3 at 9, 10, 14, 16); *see also* Pet. Ex. 3 (copy of an order issued in No. 24-40571), arguing that their own unsuccessful appeal in No. 24-40571 illustrated how mandamus was the only avenue available for them to seek the requested relief.

The second reason discipline is not warranted is because the omission of No. 24-40571 from the Notice of Form for Appearance does not appear to have caused any prejudice or even confusion. In addition to Petitioners themselves discussing the prior appeal in their briefing, Respondent Texas largely based its opposition to Petitioners' Emergency Motion on that prior appeal, even beginning its response by noting the omission of No. 24-40571 from Petitioners' Notice of Form for Appearance. Dkt. 37 at 1-2.

Third, whether an appeal that has been decided remains "pending" until the mandate issues is not free of doubt, particularly where action already had resumed in the district court—including through the re-imposition of the injunction that was the subject of the petition for mandamus. Moreover, although Petitioners' counsel regrets inadvertently failing to list No. 24-40571 on the Appearance Form, there is a colorable argument that it was not required to be listed, particularly given that the wording in the Notice of Form for Appearance does not match the local rule requirements. The latter speaks of "pending related cases and any cases . . . which involve a similar issue or issues," whereas the Notice of Form for Appearance is narrower, asking for "any case now

pending which involves the same, substantially the same, similar or related isssue(s)" [sic]. Under either wording, and particularly given the lack of definitions, it is at least arguable that the mandamus petition, which sought only to vacate the district court's injunction, did not involve the issues in Petitioners' prior appeal, which narrowly concerned only the denial of their motion to intervene under Rule 24.

Fourth, Petitioners' counsel will ensure that this omission is not made again, and therefore discipline is not necessary to achieve their future compliance with Rule 46.3.

Dated: October 24, 2024

Paige Austin
Harold A. Solis
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Telephone: (718) 418-7690
Facsimile: (866) 420-9169

Respectfully submitted,

*/s/ Esther H. Sung*
Esther H. Sung
Karen C. Tumlin
Hillary Li
Laura Flores-Perilla
Brandon Galli-Graves
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7272
Facsimile: (323) 450-7276

*Counsel for Petitioners*

3

## CERTIFICATE OF SERVICE

    I, Harold A. Solis, hereby certify that on October 24, 2024, I caused the foregoing to be electronically filed with the clerk of the Court for the U.S. Court of Appeals for the Fifth Circuit via the CM/ECF system, which will send a notice of this filing to counsel for State Respondents and Federal Respondents.

*/s/ Harold A. Solis*
Harold A. Solis
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Telephone: (718) 418-7690
Facsimile: (866) 420-9169
*Counsel for Petitioners*
