# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 01, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40671   In re: Oscar Silva Perez
                     USDC No. 6:24-CV-306

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Paige Austin
Mr. Philip Jordan Axt
Mr. William Francis Cole
Ms. Laura Flores-Perilla
Mr. Thomas Elliot Gaiser
Mr. Brandon Galli-Graves
Mr. Garrett M. Greene
Mr. Alan M. Hurst
Mr. Sean Janda
Ms. Hillary Li
Mr. Aaron Lloyd Nielson
Mr. Stephen John Petrany
Mr. Erez Reuveni
Mr. Harold A. Solis
Ms. Esther Sung
Ms. Karen Cassandra Tumlin
Mr. Ryan Daniel Walters
Mr. Eric Harris Wessan